IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL KARR JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0750

Opinion filed May 27, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Daniel Karr Johnson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Lynn Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the December 19, 2014, order denying defendant's motion to correct illegal sentence in Clay County Circuit Court case number 10-1981-CF-000291-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

BENTON, CLARK, and MAKAR, JJ., CONCUR.